No. 10-8155. Jamerson Tillman, Petitioner v. United States.

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1699.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 224.